SCANNED at BCF and Emailed on
2/16/22 by PM - 10 pages.
(date)  (initials)  (num)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

**FILED**
02/16/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding.</u> If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

| NAME (under which you were convicted): Jordan Howard | CASE NO. [For a new case in this court, leave blank. The Court will assign a case number.] |
|---|---|
| Place of Confinement: BCF | Earliest Possible Release Date: 1-17-2028 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>EVERYTHING</u> you send to the Court for this case. <u>DO NOT</u> send more than one copy of anything to the Court. NEATLY print in ink (or type) your answers.]

1. Name of facility holding the hearing: Branchville correctional facility
   Date of Hearing: 12 / 8 /2021. Case Number: BTC-21-11-0153
   Offense: Use and/or possession of a cellphone
   Code #: 121-A  Did you plead guilty? ☐ Yes ☑ No

2. Lost earned credit time? ☑ Yes ☐ No, I lost 180 days earned credit time.
   Was the loss of earned credit time suspended? ☐ Yes ☑ No, It was suspended until: ___/___/___.
   If suspended, has it been imposed? ☐ Yes ☐ No, It was imposed on: ___/___/___.

3. Demoted in credit class? ☑ Yes ☐ No, I was demoted from class C to Class D.
   Was the demotion suspended? ☐ Yes ☑ No, It was suspended until: ___/___/___.
   If suspended, has it been imposed? ☐ Yes ☐ No, It was imposed on: ___/___/___.

4. Appealed to the Superintendent? ☑ Yes ☐ No, the result was: Denied

5. Appealed to final reviewing authority? ☑ Yes ☐ No, the result was: Denied

6. Previously challenged this disciplinary hearing in federal court? ☐ Yes ☑ No, case number: _____

7. Are you paying the $5.00 filing fee?
   ☑ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.
   ☑ Yes, the money will be paid for me by: Ryba Jones (mother)
   ☐ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account AND I have received less than $15.00 a month during the past six months.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.]

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.

GROUND ONE: [Briefly describe your claim.] Due process was Denied.

SUPPORTING FACTS: [Do not argue or cite law. Just state the specific facts that support your claim.]
I was not given a copy of the conduct report to prepare a Defense for myself. infact i still have not received a screening report 2 Months later. The screening officer told me i could submit a request for evidence at a later time after i receive my conduct report so i could prepare. I did not get a copy of the conduct report until my Disciplinary hearing which had been postponed once already Because i hadn't received a copy of the report therefor could not prepare a Defense. When i did receive a copy i noticed the evidence that would have proved me innocent. I was told per Lt. Smith The DHO officer was "not aloud" to let me add the evidence in my favor

Did you present Ground One to the final reviewing authority? ☑ Yes ☐ No, because _____

GROUND TWO: [Briefly describe your claim.] I was not afforded a impartial Decision maker.

SUPPORTING FACTS: [Do not argue or cite law. Just state the specific facts that support your claim.]
By aknowledging that He had outside influence (Lt. Smith) DHO officer arms did not Base his Decision on the evidence instead he Based it on what his commanding Officer wanted by allowing him to manipulate what would be presented and what would not. They had Already made up His mind to find me guilty The evidence i requested being camera footage from the place of incident A Dorm cube 10 bed 15 listed on the conduct report I had NO Desire to unnecessarily prolong the hearing only to be afforded the rights promised to be by the USA

Did you present Ground Two to the final reviewing authority? ☑ Yes ☐ No, because _____

**GROUND THREE:** [Briefly describe your claim.] My right to present evidence was Denied unlawfully

**SUPPORTING FACTS:** [Do not argue or cite law. Just state the specific facts that support your claim.] BCF told Central office they felt i was unnecessarily Prolonging the hearing when infact another offender holding the Shower hostage so there was a "emergency situation" going on was the reason they post-poned my first hearing. Then i wrote a request explaining i had not received my conduct report and needed to have it to prepare my defense and i requested video evidence from the place of incident on the conduct report. They post-poned my hearing But Never gave me what i requested. When i went to the hearing they Acted like they did not receive my my request which i have proof this is a lie

Did you present Ground Three to the final reviewing authority? ☐ Yes ☑ No, because i did not find out they lied to central office untill i received my final Appeal

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

☑ Report of Conduct
☐ Screening Report
☑ Report of Disciplinary Hearing
☑ Letter from the Final Reviewing Authority
☑ Other relevant documents: Proof i requested a copy of my conduct report and other evidence including camera footage Before my hearing that they didnt give me and acted like i did not request evidence in time.

## RELIEF

I ask for the following relief: For this case to be overturned and Dismissed or A new hearing so that i have the oppertunity to present the evidence that i had requested _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 2/14/2022 at 11:55 A.M am/pm.

[Do not fill in this date and time until you give this petition to prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true.

_[signature]_                                              227097

Signature                                                   Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]