UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JORDAN HOWARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:22-cv-00024-RLY-MPB |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in this action in favor of the respondent and against the Petitioner Jordan Howard.

Mr. Howard's petition for writ of habeas corpus is denied and the action is terminated.

Date: 1/10/2023

Roger A.G. Sharpe, Clerk of Court

By: _____
    Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JORDAN HOWARD
227097
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838

Katherine A. Cornelius
INDIANA ATTORNEY GENERAL
katherine.cornelius@atg.in.gov